IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00922-REB-PAC

WILLIAM ASHLEY,

      Plaintiff(s),

v.

POUDRE R-1 SCHOOL DISTRICT,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Unopposed Motion to Lift Stay [filed November 14, 2005; Doc. No. 15] is **GRANTED** as follows:

      The Stay is **lifted.**  Counsel are directed to the Court's Electronic Filing Procedures, § V.L. for the submission of proposed orders.

Dated:  November 18, 2005