IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00922-REB-PAC

WILLIAM ASHLEY,

    Plaintiff(s),

v.

POUDRE R-1 SCHOOL DISTRICT,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Motion to Amend Scheduling Order [filed January 27, 2006; Doc. No. 24] is **GRANTED** as follows:

    Plaintiff has until on or before **February 27, 2006** to amend his Complaint.

    For future reference, all counsel are advised that in Judge Blackburn's cases, the press of business does not constitute good cause for an extension of time.  See Judge Robert E. Blackburn's Practice Standards, Civil Actions, §11.G.1.

Dated:  January 31, 2006