IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00922-REB-PAC

WILLIAM ASHLEY,

    Plaintiff(s),

v.

POUDRE R-1 SCHOOL DISTRICT,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Defendant's Motion to Amend Scheduling Order dated February 17, 2006 (doc. 36) is Granted**.**

    The addition of Sue Lilyblade and Sandy Bickel to the deposition schedule is approved.

Dated:  February 22, 2006