IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00922-REB-PAC

WILLIAM ASHLEY,

    Plaintiff(s),

v.

POUDRE R-1 SCHOOL DISTRICT,

    Defendant(s).

_____

### MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    IT IS HEREBY **ORDERED** that, good cause having been found, the Joint Motion to Amend Scheduling Order dated April 7, 2006 (doc. 47) is granted.  The amendment to the scheduling order's deposition schedule is allowed, and the discovery deadline is extended to **June 16, 2006** for the sole purpose of completing depositions.

Dated:  April 12, 2006