**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00922-REB-PAC

WILLIAM ASHLEY,

    Plaintiff,

v.

POUDRE R-1 SCHOOL DISTRICT, and
CATHY SMITH, in both her official and individual capacities,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The Unopposed Motion to Vacate Trial and Trial Preparation Conference [#67], filed October 30, 2006, is GRANTED. The Trial Preparation Conference set for November 9, 2006, and the jury trial set to commence November 27, 2006, are **VACATED**. The court shall conduct a telephone conference call on **November 13, 2006**, at 10:00 a.m. in order to reset the trial preparation conference and the jury trial. Counsel for the plaintiff shall initiate the call to defense counsel and the court.

Dated:  October 30, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.