IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00922-REB-PAC

WILLIAM ASHLEY,

    Plaintiff(s),

v.

POUDRE R-1 SCHOOL DISTRICT,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

Due to the blizzard of December 20 and 21 which caused the court to be closed, IT IS HEREBY **ORDERED** that the Settlement Conference set for   December 21, 2006 at 3:00 p.m.  is *vacated and reset* to   **January 31, 2007   at  3:00 p.m.**

NO updated Settlement Statements are required; however, the Court will review and consider any materials the parties wish to submit which they feel will help the Court evaluate and/or understand their settlement position. ANY materials for the Court's review shall be submitted to Magistrate Judge Schlatter **at least FIVE DAYS prior to the SETTLEMENT CONFERENCE.**  Materials should be submitted to Coan_Chambers@cod.uscourts.gov.   for  Magistrate Judge Schlatter's attention.

Confidential Settlement statements with attachments totaling <u>over</u> 15 pages shall be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to Magistrate Judge O. Edward Schlatter.

***Counsel and parties with full authority to settle must be present.***

In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  December 26, 2006