**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00922-REB-PAC

WILLIAM ASHLEY,

    Plaintiff,

v.

POUDRE R-1 SCHOOL DISTRICT, and
CATHY SMITH, in both her official and individual capacities,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulated Motion To Dismiss With Prejudice** [#84], filed July 20, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulated Motion To Dismiss With Prejudice** [#84], filed July 20, 2007, is **GRANTED**;

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That the jury trial set to commence July 23, 2007, is **VACATED**.

Dated July 23, 2007, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn
                                      United States District Judge**